**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1980**

———————

In Re: A. H. ROBINS COMPANY, INCORPORATED,

                                                    Debtor.

_____

LYNN GOLD,

                                    Claimant - Appellant,

        versus

DALKON SHIELD CLAIMANTS TRUST,

                                    Trust - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert R. Merhige, Senior
District Judge; Blackwell N. Shelly, Bankruptcy Judge.  (CA-85-
1307-R)

———————

Submitted:  December 29, 1998        Decided:  February 10, 1999

———————

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lynn Gold, Appellant Pro Se.  Orran Lee Brown, Sr., DALKON SHIELD
CLAIMANTS TRUST, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lynn Gold appeals the district court's order denying her motion to preserve records and motion for extension of trial start time. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In Re: A. H. Robins Co. (Gold v. Dalkon Shield Claimants Trust), No. CA-85-1307-R (E.D. Va. June 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED